UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BRAGG,

        Petitioner,        Case No. 1:12cv917

v.        Hon. Robert J. Jonker

CORIZON CORP., et al.,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 11, 2013, and re-mailed to plaintiff's new address on June 24, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2013, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that the motion for summary judgment filed by defendants Corizon Health, Inc., Dr. Adam Edelman, Dr. Isaac Alexis, Dr. Lynn Larson, Rashed Bashir, and Matthew Payne, PA (docket #17) is **GRANTED**.

        **IT IS ORDERED** that the unserved defendant Dr. She Anseri, is **GRANTED** summary judgment on the same grounds as the six defendants listed above.

        **IT IS ORDERED** the plaintiff's motion for default judgment (docket #25) is **DENIED**.

        /s/Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2013